# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES CAPPADONIA,

:

    Petitioner,                                           Case No. 1:11-cv-346

:         District Judge William O. Bertelsman

   -vs-                                              Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
 Institution,

:

    Respondent.

## SEALING ORDER

The Petition as filed herein (Doc. No. 1) violates Fed. R. Civ. P. 5.2(a).  On Motion of Respondent (Doc. No. 7), Magistrate Judge Bowman ordered that a redacted version of the Petition be filed (Doc. No. 9) and Petitioner complied (Doc. No. 10).

In preparing a Report and Recommendations on the Petition, the undersigned noticed that the original Petition remains on file in an unrestricted state.  It is accordingly ordered, pursuant to Fed. R. Civ. P. 5.2(d), that the original Petition be sealed and maintained under seal pending further order of the Court.

March 26, 2012.

                                                                           s/ **Michael R. Merz**
                                                                          United States Magistrate Judge