UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:11cv0346 (WOB-MRM)

JAMES CAPPADONIA                                              PETITIONER

VS.                             ORDER

TIMOTHY BRUNSMAN, WARDEN,
Lebanon Correctional Institution                              RESPONDENT

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. #15), objections thereto by Petitioner (Doc. #20), and the Supplemental Report and Recommendation of the Magistrate Judge addressing such objections (Doc. #23), and petitioner having filed no further objections, the time for filing such objections thereto having expired, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation as well as the Supplemental Report and Recommendation be, and they hereby are, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be **dismissed with prejudice** as time-barred; and that **no** Certificate of Appealability shall be issued herein. A separate Judgment shall enter concurrently herewith.

This 12th day of July, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:11cv0346 (WOB-MRM)

JAMES CAPPADONIA                                              PETITIONER

VS.                              **JUDGMENT**

TIMOTHY BRUNSMAN, WARDEN,
Lebanon Correctional Institution                              RESPONDENT


Pursuant to the Order entered concurrently herewith, the Court being advised,

**IT IS ORDERED AND ADJUDGED** that petition for writ of habeas corpus is hereby **dismissed**, with prejudice; and that this action is hereby **stricken** from the docket of this Court.

This 12th day of July, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge